# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-407-JAD-EJY |
| Plaintiff, | **Order on Stipulation to Continue Sentencing (First Request)** |
| v. | |
| JESSE CAINE BROCIUS, | ECF No. 46 |
| Defendants. | |

Based on the parties' stipulation to continue the sentencing and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for October 19, 2020, at the hour of 3:00 p.m. be continued to October 26, 2020, at the hour of 4:00 p.m. in Las Vegas Courtroom 6D before Judge Jennifer A. Dorsey.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
Dated: October 19, 2020