# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-407-JAD-EJY |
| Plaintiff, | **Order on Stipulation to Continue Sentencing (Second Request)** |
| v. | ECF No. 49 |
| JESSE CAINE BROCIUS, | |
| Defendants. | |

Based on the parties' stipulation to continue the sentencing:

IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for October 26, 2020, at the hour of 4:00 p.m. be continued to November 9, 2020, at the hour of 1:30 p.m. in Las Vegas Courtroom 6D before Judge Jennifer A. Dorsey.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3