# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE CAINE BROCIUS,<br><br>    Defendant. | Case No. 2:18-cr-407-JAD-EJY<br><br>**Order on Stipulation to Continue Sentencing (Third Request)**<br>ECF No. 51 |

Based on the parties' stipulation to continue the sentencing:

IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for November 9, 2020, at the hour of 1:30 p.m. be continued to December 8, 2020, at the hour of 3:00 p.m. in Las Vegas Courtroom 6D before Judge Jennifer A. Dorsey.

Dated: 11/6/2020

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE